FILED
OCT 11 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:06cr236-MEF-SRW |
| v.   ) | [18 U.S.C. § 922(g)(1)] |
| ) | |
| CHRISTOPHER LAJUAN HEARD ) | |
| a/k/a "Sleepe"   ) | INDICTMENT |
| ) | |

The Grand Jury charges:

## COUNT 1

On or about July 9, 2005, in Chambers County, within the Middle District of Alabama,

**CHRISTOPHER LAJUAN HEARD,**

having been convicted of Possession of a Controlled Substance, Cocaine in the Circuit Court of Randolph County, Alabama, Case No. DC 2003-761, on or about January 13, 2004, which is punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess in and affecting commerce the following firearm and ammunition:

(1) a Ruger, Model Mimi 14, .223 Rifle, a better description of which is unknown to the Grand Jury; and

(2) 230 Rounds of Wolf .223 55 Grain Ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.  Count 1 of this Indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this Indictment, the defendant,

**CHRISTOPHER LA JUAN HEARD**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

(1)  a Ruger, Model Mimi 14, .223 Rifle, a better description of which is unknown to the Grand Jury; and

(2)  230 Rounds of Wolf .223 55 Grain Ammunition.

C.  If the property described in this forfeiture allegation, as a result of any act an omission of the defendant

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred and sold to, and deposited with a third person;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be divided without difficulty;

the United States, pursuant to Title 21, United States Code, Section 853 as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court

forfeiting any other property of the defendant up to the value of any property described in paragraph B above, all in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

/s/ Janine Denis Williams
Foreperson

/s/ Leura G. Canary
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ John T. Harmon
JOHN T. HARMON
Assistant United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney