**COURTROOM DEPUTY'S MINUTES**                    **MIDDLE DISTRICT OF ALABAMA**

---

☑ INITIAL APPEARANCE                        DATE: October 23, 2006
☐ BOND HEARING
☐ DETENTION HEARING                         Digital Recording 2:42 - 2:51
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☑ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 3:06cr236-MEF                    **DEFENDANT NAME:** Christopher Lajuan Heard
**AUSA:** Christopher Snyder                   **DEFT. ATTY:** Patricia Kemp

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (☑) FPD

**USPO/USPTS:** Sandra Wood

Interpreter needed: (☑) NO; ( )YES  Name:

---

| | |
|---|---|
| ☑ | Date of Arrest October 23, 2006 or ☐ Arrest Rule 40 |
| ☑ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☑ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☑ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☑ | Release order entered. Deft advised of conditions of release |
| ☑ | ☑ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☑ | ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐Set for DISCOVERY DISCLOSURE DATE: 10/23/06 |
| ☑ | WAIVER of Speedy Trial.   CRIMINAL TERM: 3/12/07 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |