**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:06-CR-236-MEF-SRW** |
| | ) | |
| **CHRISTOPHER LAJUAN HEARD** | ) | |

**NOTICE OF APPEARANCE**

    **COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on

behalf of Defendant, Christopher LaJuan Heard, in the above-styled case.

    Dated this 31st day of October, 2006.


          Respectfully submitted,


          s/ Donnie W. Bethel
          DONNIE W. BETHEL
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail:don_bethel@fd.org
          IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:06-CR-236-MEF-SRW** |
| | ) | |
| **CHRISTOPHER LAJUAN HEARD** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2006,  I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher A. Snyder
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49