| COURTROOM DEPUTY'S MINUTES | DATE: November 13, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:19 - 3:20 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**            **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 3:06cr236-MEF**            **DEFENDANT(S) Christopher Lajuan Heard**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * Donnie Bethel | |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Will probably resolve by plea
   Notice of intent to change plea to be filed on or before noon on March 1, 2007

☐ **TRIAL STATUS**
   Trial time - 1 ½ days

☐ **REMARKS:**