| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 20, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 3:29 - 3:30 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:06cr236-MEF | **DEFENDANT(S)** Christopher Lajuan Heard |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Donnie Bethel |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Likely Plea
    Notice of intent to change plea to be filed on or before noon on 2/28/07

☐ **TRIAL STATUS**
    Trial time - 1 day

☐ **REMARKS:**