IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 3:06-CR-236-MEF** |
| ) | |
| **CHRISTOPHER LAJUAN HEARD** ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **CHRISTOPHER LAJUAN HEARD**, by undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 23rd day of February, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 3:06-CR-236-MEF** |
| ) | |
| **CHRISTOPHER LAJUAN HEARD** ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher A. Snyder, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

      Respectfully submitted,

      s/ Donnie W. Bethel
      DONNIE W. BETHEL
      Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail:don_bethel@fd.org
      IN Bar Code: 14773-49