| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: March 2, 2007** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 9:32 - 9:48** |
| | **COURT REPORTER: Mitchell Reisner** |

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:06cr236-MEF        **DEFENDANT NAME:** Christopher Lajuan Heard
**AUSA:** Christopher Snyder        **DEFENDANT ATTORNEY:** Donnie Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Stan Robinson
**Interpreter present?** (√)NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ❏ **Not Guilty**
   √ **Guilty as to:**
      √ **Count(s): 1 of the Indictment**
      ❏ **Count(s):**       ❏ **dismissed on oral motion of USA**
                ❏ **to be dismissed at sentencing**

√ Written plea agreement filed   ❏ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
❏ **CRIMINAL TERM:**       ❏ **WAIVER OF SPEEDY TRIAL** filed.
         **DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond;  ❏ summons; for:
      ❏ Trial on _____;  ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel