## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **v.** | ) ) | CR. NO. 3:06-cr-236-MEF |
| **CHRISTOPHER LAJUAN HEARD**  a/k/a "Sleepe" | ) ) ) | |

### United States' Motion for Reduction of Offense Level for Acceptance of Responsibility

The United States moves this Court to reduce Defendant Christopher LaJuan Heard's offense level by one-level based on Heard's acceptance of responsibility. As grounds for this Motion, the United States notes:

1. On or about February 23, 2007–approximately two weeks prior to trial–Heard's counsel filed a notice of intent to change plea in this case. Prior to this filing, Heard's counsel had orally advised the United States of Heard's intent to plead guilty.

2. In this case, this was sufficiently early to permit the Government to avoid preparing for trial and to allocate its resources efficiently.

3. Therefore, under United States Sentencing Guidelines § 3E1.1(b), the United States makes this formal request for a one-level reduction in Heard's offense level for acceptance of responsibility so that he shall receive a total reduction for acceptance of responsibility of three-levels.

Respectfully submitted this the 14th day of August, 2007.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Donnie Bethel.

> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney