IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-236-MEF |
| | ) | |
| CHRISTOPHER LAJUAN HEARD | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. #36) filed on September 7, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 11th day of September, 2007.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE