AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: **CHRISTOPHER LAJUAN HEARD**
CASE NUMBER: **3:06CR236-MEF**

## IMPRISONMENT

**RETURNED AND FILED**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**OCT 1 0 2007**

**Twenty four (24) months.**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __10-03-07__ to __FPC MoN__
at __Maxwell Air Force Base AL__ , with a certified copy of this judgment.

_Robert Dean_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL