IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr236-MEF |
| | ) | |
| CHRISTOPHER LAJUAN HEARD | ) | |

UNITED STATES OF AMERICA'S MOTION
FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on March 8, 2007, this Court entered a Preliminary Order of Forfeiture ordering defendant Christopher Lajuan Heard to forfeit:

> One Ruger, Model Mimi 14, .223 Rifle, bearing serial number 183-34999; and
>
> 230 Rounds of Wold .223 55 Grain Ammunition.

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the Montgomery Independent newspaper on August 23, 30 and September 6, 2007; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Defense counsel does not oppose entry of a Final Order of Forfeiture.

Respectfully submitted this 11th day of October, 2007.

                               FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY

                             /s/John T. Harmon
                             John T. Harmon
                             Assistant United States Attorney
                             Bar Number: 7068-II58J
                             Office of the United States Attorney
                             Middle District of Alabama
                             131 Clayton Street
                             Post Office Box 197
                             Montgomery, Alabama 36101-0197
                             Telephone:(334) 223-7280
                             Facsimile:(334) 223-7560
                             E-mail: [John.Harmon@usdoj.gov](mailto:John.Harmon@usdoj.gov)

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2007, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   EASTERN DIVISION

UNITED STATES OF AMERICA       )
                               )
         v.                    )    CR. NO. 3:06cr236-MEF
                               )
CHRISTOPHER LEJUAN HEARD       )
```

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 8, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Christopher LeJuan Heard to forfeit the following property:

> One Ruger, Model Mimi 14, .223 Rifle, bearing serial number 183-34999; and,
>
> 230 Rounds of Wold .223 55 Grain Ammunition.

The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

No timely petition has been filed; and,

The Court finds that defendant Christopher Lejuan Heard had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  The following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One Ruger, Model Mimi 14, .223 Rifle, bearing serial number 183-34999; and,
>
> 230 Rounds of Wold .223 55 Grain Ammunition.

2.  All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3.  The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.  The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE