IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr236-MEF |
| | ) | |
| CHRISTOPHER LAJUAN HEARD | ) | |

**FINAL ORDER OF FORFEITURE**

This cause is before the Court on the United States of America's Motion for a Final Order of Forfeiture (Doc. # 39).  On March 8, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Christopher Lajuan Heard to forfeit the following firearm:

> One Ruger, Model Mimi 14, .223 Rifle, bearing serial number 183-34999; and,
>
> 230 Rounds of Wold .223 55 Grain Ammunition.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm.  As of the date of this Order, no timely petition has been filed.  The Court finds that defendant Christopher Lajuan Heard had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code § 924 and Title 28, United States Code § 2461(c).  The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code § 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

as follows:

1. United States of America's Motion for a Final Order of Forfeiture (Doc. # 39) is GRANTED.

2. The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code §924 and Title 28, United States Code § 2461(c):

> One Ruger, Model Mimi 14, .223 Rifle, bearing serial number 183-34999; and,
>
> 230 Rounds of Wold .223 55 Grain Ammunition.

3. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law.

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

5. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE